# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BILLY W. RHOADES                                                                                         PLAINTIFF

v.                                           No. 3:10CV00249 JLH

JOHN BRADLEY,
Mississippi County Public Defender, et al.                                              DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims against Defendants Bradley and Langston are DISMISSED, WITH PREJUDICE, and his claims against Defendants Bray and McGuire are DISMISSED, WITHOUT PREJUDICE. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 3rd day of November, 2010.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE